UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| ALCINDO FERNANDES, AGUSTIN PALAU, JUAN PUIG and JOSE RODRIGUEZ, on behalf of themselves and others similarly situated, | **STIPULATION OF SETTLEMENT** |
| Plaintiff, | 17 Civ. 6136 (KPF) |
| - against - | |
| CITY OF NEW YORK; THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK; and NEW YORK CITY SCHOOL SUPPORT SERVICES INC. | |
| Defendants. | |

------------------------------------------------------------------------ x

**WHEREAS,** plaintiffs Alcindo Fernandes, Agustin Palau, Juan Puig and Jose Rodriguez (collectively "plaintiffs") commenced this action on behalf of themselves and all other employees similarly situated by filing a complaint in the United States District Court in the Southern District of New York ("SDNY") on or about August 14, 2017, alleging that defendants City of New York, Department of Education of the City of New York and New York City School Support Services, Inc. (collectively "defendants"), violated the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA") and New York Labor Law ("NYLL") and the supporting New York State Department of Labor Regulations; and

**WHEREAS**, defendants deny any and all liability arising out of plaintiffs' allegations; and

**WHEREAS,** the parties now desire to resolve the claims and issues raised in this litigation by plaintiffs, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. Plaintiffs hereby dismiss all of their claims in the above-referenced action, with prejudice, and without costs, expenses or fees.

2. The City of New York agrees to:

    (a) pay plaintiff Fernandes back pay in the total amount of twenty eight thousand dollars and no cents ($28,000.00), less all applicable deductions and withholdings and any wage garnishment ("Fernandes Back Pay"); and liquidated damages in the total amount of thirty three thousand dollars and no cents ($33,000.00) ("Fernandes Liquidated Damages");

    (b) pay plaintiff Palau back pay in the total amount of thirty seven thousand dollars and no cents ($37,000.00), less all applicable deductions and withholdings and any wage garnishment ("Palau Back Pay"); and liquidated damages in the total amount of forty two thousand dollars and no cents ($42,000.00) ("Palau Liquidated Damages");

    (c) pay plaintiff Puig back pay in the total amount of forty thousand dollars and no cents ($40,000.00), less all applicable deductions and withholdings and any wage garnishment ("Puig Back Pay"); and liquidated damages in the total amount of forty five thousand dollars and no cents ($45,000.00) ("Puig Liquidated Damages");

    (d) pay plaintiff Rodriguez back pay in the total amount of thirty thousand dollars and no cents ($30,000.00), less all applicable deductions and withholdings and any wage garnishment ("Rodriguez Back Pay"); and liquidated damages in the total amount of thirty five thousand dollars and no cents ($35,000.00) ("Rodriguez Liquidated Damages"); and

    (e) The City of New York further agrees to pay sixty thousand, four hundred and forty dollars and no cents ($60,440.00) for costs, disbursements and attorney's fees ("Attorney's Fees").

  3. Payment of the Fernandes Back Pay, Palau Back Pay, Puig Back Pay and Rodriguez Back Pay shall be made by payroll checks made payable to each individual plaintiff.

  4. Payment of the Fernandes Liquidated Damages, Palau Liquidated Damages, Puig Liquidated Damages and Rodriguez Liquidated Damages and Attorney's Fees shall be made by one check payable to "Law Office of Brian L. Greben as Attorneys for Alcindo Fernandes, Agustin Palau, Juan Puig and Jose Rodriguez" and shall be mailed to Law Office of Brian L. Greben, 316 Great Neck Road, Great Neck, NY 11021.

  5. In consideration for all of the foregoing, including payment of back pay, liquidated damages and attorney's fees, plaintiffs agree to dismissal, with prejudice, all of the claims that were or could have been raised in the above captioned action and to release and discharge the City of New York, New York Department of Education, New York City School Support Services, Inc. their successors and assigns, and all present or former officials, employees, representatives or agents of municipal defendants (collectively the "Released Parties") from any and all claims, liabilities or causes of action arising out of the allegations in the Complaint, including all claims arising under the Fair Labor Standards Act and the New

York State Labor Law, and any and all common law claims, including claims for attorney's fees, costs and distributions, occurring from the beginning of the world up through and including the date of plaintiffs' execution of releases, whether known or unknown, joint or several, whether or not discoverable, including, without limitation, any and all claims which were or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint herein, including all claims for attorneys' fees, expenses and costs.

6.   Each Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a general release, an affidavit concerning liens, and a substitute form W-9 completed by each plaintiff. Plaintiffs' counsel shall also execute and deliver to defendants' attorney a substitute form W-9.

7.   Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules and/or regulations of the United States, the State of New York, the City of New York, or the New York City Department of Education, or any other rules, regulations or bylaws of any department or subdivision of the New York City Department of Education. This Settlement Agreement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except that the stipulation may be used by either party in connection with any subsequent action or proceeding relating to enforcement of this Settlement Agreement.

8.   Nothing contained herein shall be deemed to constitute a policy or practice of defendants.

9.   This Settlement Agreement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written

agreement entered into prior to the execution of this settlement agreement regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

10. This Settlement Agreement and any other documents executed by the parties hereto in furtherance of the purposes of this Settlement Agreement and General Releases, shall be governed by, interpreted and enforced in accordance with the laws of the State of New York.

| Dated: | New York, New York<br>November 20, 2017 | Dated: | New York, New York<br>November 21, 2017 |
|---|---|---|---|

Brian L. Greben  
Law Office of Brian L. Greben  
Attorneys for Plaintiffs  
316 Great Neck Road  
Great Neck, NY 11021  
Tel: (516) 304-5357  

ZACHARY W. CARTER  
Corporation Counsel of the City of New York  
Attorney for Defendants  
100 Church Street, Room 2-104  
New York, New York 10007  
Tel: (212) 356-4015  

By: /s/ Brian L. Greben  
Brian L. Greben  

By: /s/ Andrea O'Connor  
Andrea O'Connor  
Assistant Corporation Counsel  

SO ORDERED:

_____

Hon. Katherine P. Failla

5

## WAIVER AND RELEASE

KNOW THAT I, ALCINDO FERNANDES, a plaintiff in the action entitled Fernandes, et al. v. City of New York, et al. now pending in the United States District Court, Southern District of New York, under Docket No. 17 Civ. 6136 (KPF) ("Complaint"), in consideration for the payment of: (1) back pay in the amount of twenty eight thousand dollars and no cents ($28,000.00), less all applicable deductions and withholdings and any wage garnishment; (2) liquidated damages in the total amount of thirty three thousand dollars and no cents ($33,000.00) ("liquidated damages"); and (3) attorney's fees, costs and disbursements in the amount of twelve thousand seven hundred and twelve dollars and twenty-five cents ($12,712.25), do hereby release and discharge the City of New York, the New York City Department of Education, New York City School Support Services, Inc. their successors, or assigns, and all past and present officials, employees, representatives and agents of municipal defendants (hereinafter, collectively, the "Released Parties") from any and all claims, liabilities or causes of action arising out of the allegations in the Complaint, including all claims arising under the Fair Labor Standards Act and the New York State Labor Law, and any and all common law claims, including claims for attorney's fees, costs and distributions occurring from the beginning of the world up to and including the date of the execution of this Release, including, without limitation, any and all claims which were or could have been alleged by me in the Complaint, including all claims for attorneys' fees, costs and disbursements. This Release may not be changed orally.

**THE UNDERSIGNED HAS READ THE FOREGOING WAIVER AND GENERAL RELEASE AND FULLY UNDERSTANDS IT.**

IN WITNESS WHEREOF, I have executed this Waiver and General Release this 20th day of Nov, 2017.

_Alcindo Fernandes_
**ALCINDO FERNANDES**

STATE OF New York, COUNTY OF New York ss.:
On 20th day of Nov, 2017 before me Alcindo Fernandes personally came ALCINDO FERNANDES to me known, and known to me to be the individual described in, and who executed the foregoing WAIVER AND RELEASE, and duly acknowledged to me that he executed the same.

_Adesayele_
NOTARY PUBLIC

DORIS ADESOMON AYEKE
Notary Public - State of New York
NO. 01AY6336882
Qualified in New York County
My Commission Expires Feb 8, 2020

## WAIVER AND RELEASE

KNOW THAT I, AGUSTIN PALAU, a plaintiff in the action entitled <u>Fernandes, et al. v. City of New York, et al.</u> now pending in the United States District Court, Southern District of New York, under Docket No. 17 Civ. 6136 (KPF) ("Complaint"), in consideration for the payment of: (1) back pay in the amount of thirty seven thousand dollars and no cents ($37,000.00), less all applicable deductions and withholdings and any wage garnishment; (2) liquidated damages in the total amount of forty two thousand dollars and no cents ($42,000.00) ("liquidated damages"); and (3) attorney's fees, costs and disbursements in the amount of sixteen thousand four hundred and sixty-five dollars and twenty-five cents ($16,465.25), do hereby release and discharge the City of New York, the New York City Department of Education, New York City School Support Services, Inc. their successors, or assigns, and all past and present officials, employees, representatives and agents of municipal defendants (hereinafter, collectively, the "Released Parties") from any and all claims, liabilities or causes of action arising out of the allegations in the Complaint, including all claims arising under the Fair Labor Standards Act and the New York State Labor Law, and any and all common law claims, including claims for attorney's fees, costs and distributions occurring from the beginning of the world up to and including the date of the execution of this Release, including, without limitation, any and all claims which were or could have been alleged by me in the Complaint, including all claims for attorneys' fees, costs and disbursements. This Release may not be changed orally.

THE UNDERSIGNED HAS READ THE FOREGOING WAIVER AND GENERAL RELEASE AND FULLY UNDERSTANDS IT.

IN WITNESS WHEREOF, I have executed this Waiver and General Release this 17TH day of NOVEMBER, 2017.

_____
AGUSTIN PALAU

STATE OF NEW YORK, COUNTY OF BRONX   SS.:

On NOVEMBER 17, 2017  2017 before me personally came AGUSTIN PALAU to me known, and known to me to be the individual described in, and who executed the foregoing WAIVER AND RELEASE, and duly acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

STEVE JARRETT
Notary Public, State of New York
No. 01JA6212383
Qualified in Bronx County
Commission Expires MARCH 5, 2018

## WAIVER AND RELEASE

KNOW THAT I, JUAN PUIG, a plaintiff in the action entitled Fernandes, et al. v. City of New York, et al. now pending in the United States District Court, Southern District of New York, under Docket No. 17 Civ. 6136 (KPF) ("Complaint"), in consideration for the payment of: (1) back pay in the amount of forty thousand dollars and no cents ($40,000.00), less all applicable deductions and withholdings and any wage garnishment; (2) liquidated damages in the total amount of forty five thousand dollars and no cents ($45,000.00) ("liquidated damages"); and (3) attorney's fees, costs and disbursements in the amount of seventeen thousand seven hundred and sixteen dollars and twenty-five cents ($17,716.25), do hereby release and discharge the City of New York, the New York City Department of Education, New York City School Support Services, Inc. their successors, or assigns, and all past and present officials, employees, representatives and agents of municipal defendants (hereinafter, collectively, the "Released Parties") from any and all claims, liabilities or causes of action arising out of the allegations in the Complaint, including all claims arising under the Fair Labor Standards Act and the New York State Labor Law, and any and all common law claims, including claims for attorney's fees, costs and distributions occurring from the beginning of the world up to and including the date of the execution of this Release, including, without limitation, any and all claims which were or could have been alleged by me in the Complaint, including all claims for attorneys' fees, costs and disbursements. This Release may not be changed orally.

THE UNDERSIGNED HAS READ THE FOREGOING WAIVER AND GENERAL RELEASE AND FULLY UNDERSTANDS IT.

IN WITNESS WHEREOF, I have executed this Waiver and General Release this __17__ day of November, 2017.

_____
JUAN PUIG

STATE OF NEW YORK, COUNTY OF BRONX SS.:
On 17 NOVEMBER 2017 before me JOHN C. ODOCHA personally came JUAN PUIG to me known, and known to me to be the individual described in, and who executed the foregoing WAIVER AND RELEASE, and duly acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

JOHN C ODOCHA
Notary Public – State of New York
NO. 01OD6245833
Qualified in Bronx County
My Commission Expires Aug 8, 2019

## WAIVER AND RELEASE

KNOW THAT I, JOSE RODRIGUEZ, a plaintiff in the action entitled Fernandes, et al. v. City of New York, et al. now pending in the United States District Court, Southern District of New York, under Docket No. 17 Civ. 6136 (KPF) ("Complaint"), in consideration for the payment of: (1) back pay in the amount of thirty thousand dollars and no cents ($30,000.00), less all applicable deductions and withholdings and any wage garnishment; (2) liquidated damages in the total amount of thirty thousand dollars and no cents ($35,000.00) ("liquidated damages"); and (3) attorney's fees, costs and disbursements in the amount of thirteen thousand five hundred and forty-six dollars and twenty-five cents ($13,546.25), do hereby release and discharge the City of New York, the New York City Department of Education, New York City School Support Services, Inc. their successors, or assigns, and all past and present officials, employees, representatives and agents of municipal defendants (hereinafter, collectively, the "Released Parties") from any and all claims, liabilities or causes of action arising out of the allegations in the Complaint, including all claims arising under the Fair Labor Standards Act and the New York State Labor Law, and any and all common law claims, including claims for attorney's fees, costs and distributions occurring from the beginning of the world up to and including the date of the execution of this Release, including, without limitation, any and all claims which were or could have been alleged by me in the Complaint, including all claims for attorneys' fees, costs and disbursements. This Release may not be changed orally.

THE UNDERSIGNED HAS READ THE FOREGOING WAIVER AND GENERAL RELEASE AND FULLY UNDERSTANDS IT.

IN WITNESS WHEREOF, I have executed this Waiver and General Release this 17th day of November, 2017.

_____
JOSE RODRIGUEZ

STATE OF New York, COUNTY OF Queens SS.:
On November 17, 2017 before me personally came JOSE RODRIGUEZ to me known, and known to me to be the individual described in, and who executed the foregoing WAIVER AND RELEASE, and duly acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

NIURKA Y. RODRIGUEZ
Notary Public, State of New York
No. 01RO6182717
Qualified in Queens County
Commission Expires March 03, 20 20